ACCEPTED
01-14-00842-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/27/2015 11:14:08 AM
CHRISTOPHER PRINE
CLERK

THE **PASTRANO**

**LAW FIRM**

January 27, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/27/2015 11:14:08 AM

CHRISTOPHER A. PRINE
Clerk

Mr. Fredrick Douglas Branch
SPN No. 00433071
Harris County Jail
1200 Baker Street
Houston, Texas 77002

Re:     Case No. 01-14-00842-CR; *Fredrick Branch v. The State of Texas*; In the First Court of Appeals for the State of Texas.

Mr. Branch:

Enclosed please find a copy of the motion to withdraw as counsel and brief pursuant to *Anders v. California* that I have prepared and filed in your case. After a diligent search of both the clerk's record and reporter's record in your case and a review of the applicable law, it is my opinion that no reversible error occurred at your plea and sentencing proceedings.

Whenever appellate counsel files a motion such as this, the law provides the appellant the right to review the record and file a response identifying to the appellate court any grounds he things are non-frivolous issues to be raised on his behalf that the appellate court should consider in deciding whether the case presents any meritorious grounds for appeal. Because I have filed this motion and brief, you now have the right to review the record and file a response or brief if you so choose. To assist you in obtaining the record if you wish to review it, I have enclosed a *Motion for Pro Se Access to the Appellate Record* for you to file. In order to obtain the appellate record, you must sign and date the motion and mail it to the First Court of Appeals within ten days of the date of this letter at the following address:

Mr. Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

The Court of Appeals will then direct the clerk of the trial court to provide you with a copy of the appellate record. Your response will be due to be filed in the First Court of Appeals within 30 days of the date that the clerk provides the record to you.

Whether or not you file a response, the law requires the Court of Appeals to review the record to determine if the Court agrees with my assessment that no meritorious grounds for appeal exist, i.e., that no reversible error exists. If the Court does not agree, but instead believes there are non-frivolous issues to be raised on your behalf, the Court must abate the appeal to have another attorney appointed to review the record on your behalf.

Should the Court of Appeals ultimately determine that there are no meritorious grounds to be raised and that your appeal is frivolous, the Court will affirm your conviction and sentence. You may then file a pro se petition for discretionary review with the Texas Court of Criminal Appeals. Such petition must be filed within 30 days of the date the Court of Appeals renders its judgment.

Feel free to write me if you have any questions about the procedure utilized in your appeal. I will do my best to answer any questions you may have.

Sincerely,

E. Chevo Pastrano, Jr.

Cc:     First Court of Appeals

Attachments

ECP:ecpjr